UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LJUBICA CAMPBELL | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00003 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | § § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 23, 2019, Defendant's Motion for Summary Judgment (Dkt. 32) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 42. On September 5, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 44) recommending that Defendant's Motion for Summary Judgment (Dkt. 32) be **GRANTED** and this suit be **DISMISSED.**

The Court granted Plaintiff two extensions to file her objections. On September 25, 2019, Plaintiff filed a document titled Second Request for Extension to File Plaintiff's Rule 72b Objections. *See* Dkt. 49. Notwithstanding the title of the document, Plaintiff goes on to identify her various objections to Judge Edison's Memorandum and Recommendation. *See id.* The Court, therefore, construes Plaintiff's September 25th filing (Dkt. 49) as her Objections.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified

proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 44) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment (Dkt. 32) is **GRANTED.**

It is so **ORDERED**.

SIGNED and ENTERED this 2nd day of October, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE